UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                          1:22-CR-206

SHAWN UBRICH,

           Defendant.

---

## ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions set by the Court for release to secured placement at Addictions Care Center of Albany (Queensbury, NY campus).

The Defendant shall be released from custody on **Wednesday, July 30, 2025 by 9:00 a.m.** and will be picked up and transported by Addictions Care Center of Albany from Rensselaer County Jail directly to their Queensbury facility for an inpatient substance abuse program starting July 30, 2025.

Defendant will abide by all conditions of release as set by the Court.

**IT IS SO ORDERED.**

DATED:    July 29, 2025
            Albany, New York

                                                Hon. Daniel J. Stewart
                                                U.S. Magistrate Judge